No. 523.   WEBER *v.* UNITED STATES.   October 20, 1941. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Ninth Circuit granted. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. A. L. Wirin* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Warner W. Gardner* for the United States.